AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Magnus-Stinson, Jane E. | US District Court Southern District of Indiana | 05/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief District Judge- active | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Birch Bayh United States Courthouse
46 E. Ohio St., Room 304
Indianapolis, IN 45204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Visitors | Indiana University Robert H. McKinney School of Law |
| 2. | Member, Board of Trustees | Butler University |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | Indiana Judges Retirement Fund, pension upon retirement, eligible for benefits 2020-2023 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Indiana Publie Employees Retirement Fund, pension |
| 2. 2018 | Indianapolis Airport Authority, wages |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Magnus-Stinson, Jane E.** | 05/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 2.  Settlers Life Individual Retirement Annuity | C | Interest | M | T | | | | | |
| 3.  Indiana Members Credit Union Accts. | A | Int./Div. | K | T | | | | | |
| 4.  Huntington Bank Acct. | A | Interest | L | T | | | | | |
| 5.  Old National Bank Acct. | A | Interest | J | T | | | | | |
| 6.  J IN 529 Age Based Income Portfolio | A | Interest | J | T | Distributed (part) | 01/18/18 | J | A | |
| 7.  G IN 529 Age Based Income Portfolio | A | Interest | | | Merged (with line 8) | 02/09/18 | K | A | |
| 8.  G IN 529 College Portfolio | A | Interest | K | T | Distributed (part) | 03/05/18 | J | A | |
| 9. | | | | | Distributed (part) | 08/29/18 | K | A | |
| 10.  Charles Schwab Joint Brokerage Account | | | | | | | | | |
| 11.  -CERES California Muni Bond | A | Interest | | | Matured | 08/01/18 | K | A | |
| 12.  -Indiana Financial Authority Muni Bond | A | Interest | J | T | | | | | |
| 13.  -Matthews Asia Dividend Fund (MAPIX) | A | Dividend | J | T | | | | | |
| 14.  -Schwab Bank Cash | A | Interest | K | T | | | | | |
| 15.  Schwab Brokerage William Stinson | | | | | | | | | |
| 16.  Schwab Bank Cash | A | Interest | J | T | | | | | |
| 17.  Charles Schwab IRA William Stinson | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Bank Cash | A | Interest | K | T | | | | | |
| 19. Loomis Sayles Global Bond (LSGLX) | A | Dividend | J | T | | | | | |
| 20. Pioneer Strategic Income (STRYX) | A | Dividend | J | T | | | | | |
| 21. Artisan International Fund (ARTIX) | | None | | | Merged (with line 22) | 02/15/18 | K | A | |
| 22. Artisan International Fund (APDIX) | C | Dividend | K | T | | | | | |
| 23. Diamond Hill Small Cap (DHSCX) | A | Dividend | J | T | | | | | |
| 24. Dodge & Cox Stock (DODGX) | B | Dividend | K | T | | | | | |
| 25. Salient fka Forward International Small Company | B | Dividend | J | T | | | | | |
| 26. Harbor Capital Appreciation (HACAX) | C | Dividend | K | T | | | | | |
| 27. Matthews Asia Dividend (MAPIX) | A | Dividend | J | T | | | | | |
| 28. Neuberger Berman Gensis (NBGNX) | A | Dividend | J | T | | | | | |
| 29. Prudential Jennison Mid Cap Growth (PEGZX) | | None | | | Sold | 11/30/18 | J | B | |
| 30. Scout Unconstrained Bond (SUBEX) | A | Dividend | J | T | | | | | |
| 31. Doubleline Total Return (DBLTX) | A | Dividend | J | T | | | | | |
| 32. JP Morgan Midcap Value | B | Dividend | J | T | | | | | |
| 33. Legg Mason BW Global Bond | A | Dividend | J | T | | | | | |
| 34. Charles Schwab IRA - Jane Magnus-Stinson | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Schwab Bank Cash | A | Interest | K | T | | | | | |
| 36. Loomis Sayles Global Bond (LSGLX) | A | Dividend | J | T | | | | | |
| 37. Pioneer Strategic Income Institutional (STRYX0 | A | Dividend | J | T | | | | | |
| 38. Vanguard Short Term Inv (VFSTX) | A | Dividend | J | T | | | | | |
| 39. American Funds AMCAP (AMCFX) | | None | | | Merged (with line 40) | 02/08/18 | K | A | |
| 40. American Funds AMCAP (FMACX) | B | Distribution | K | T | | | | | |
| 41. Artisan Intl Fund (ARTIX) | | None | | | Merged (with line 42) | 02/15/18 | J | | |
| 42. Artisan International Fund (APDIX) | B | Dividend | J | T | | | | | |
| 43. Diamond Hill Small Cap (DHSCX) | A | Dividend | J | T | | | | | |
| 44. Goldman Sachs Mid Cap Value (GSMCX) | A | Dividend | J | T | | | | | |
| 45. Harbor International (HAINX) | | None | | | Sold | 09/19/18 | J | A | |
| 46. Matthews Asia Dividend (MAPIX) | A | Dividend | J | T | | | | | |
| 47. NB Genesis (NBGNX) | A | Dividend | J | T | | | | | |
| 48. Vanguard Windsor II (VWNFX) | C | Dividend | K | T | | | | | |
| 49. Prudential Jennison Mid Cap Growth (PEGZX) | | None | | | Sold | 11/30/18 | J | B | |
| 50. MFS International New Discovery (MWNIX) | A | Dividend | J | T | | | | | |
| 51. Doubleline Total Return (DBLTX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 05/09/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DFA International Value (DFIVX) | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 53. Baird Mid Cap (BMDIX) | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 54. Charles Schwab Brokerage - Jane | | | | | | | | | |
| 55. Schwab Bank Cash | A | Interest | J | T | | | | | |
| 56. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 05/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 05/09/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane E. Magnus-Stinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544